NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ZAMONT JERELL BRANTON, )
)
      Appellant, )
)
v. )    Case No. 2D19-1559
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Barbara Twine
Thomas, Judge.

Zamont Jerell Branton, pro se.


PER CURIAM.

      Affirmed.  See State v. Roby, 246 So. 2d 566 (Fla. 1971); Lopez v. State,
135 So. 3d 539 (Fla. 2d DCA 2014); Calloway v. State, 914 So. 2d 12 (Fla. 2d DCA
2005); Hillman v. State, 410 So. 2d 180 (Fla. 2d DCA 1982); State v. Wilson, 203 So. 3d
192 (Fla. 4th DCA 2016); Williams v. State, 143 So. 3d 423 (Fla. 1st DCA 2014); Lopez
v. State, 833 So. 2d 283 (Fla. 5th DCA 2002).


VILLANTI, LUCAS, and SALARIO, JJ., Concur.